UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re   GMS SUNSET, LLC

Case No.   23-11315
Chapter   11

## AMENDMENT COVER SHEET

Amendments to the following petition, lists, schedules or statements are transmitted herewith:

\_\_\_\_   Involuntary/Voluntary Petition (Specify reason for amendment:

*Check if applicable:* \_\_\_ Soc. Sec. No. amended [*If applicable*]

\_\_\_\_   Summary of Your Assets and Liabilities (and certain Statistical Information)
\_\_\_\_   Declaration (Individuals – Form 106Dec) (Non-Individuals – Form 202)
\_\_\_\_   Schedule A/B - Property
\_\_\_\_   Schedule C - Property You Claim as Exempt
\_\_\_\_   Schedule D – Creditors who hold claims secured by Property (See LBR 1009-1)
\_\_\_\_   Schedule E/F – Creditors who have unsecured claims (See LBR 1009-1)
($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.) Check applicabe statement(s):

   \_\_\_ Creditor(s) added     \_\_\_ Creditor(s) deleted
   \_ \_ Change in amounts owed or classification of debt
   \_\_\_ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.
   \_\_\_ Post-petition creditors added (Schedule of unpaid debts)

REMINDER: **Conversion of Chapter 13 to Chapter 7**-only file schedule of unpaid debts

\_\_\_\_   Schedule G - Executory Contracts and Unexpired Leases
\_ \_    Schedule H - Codebtors
\_\_\_\_   Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_   Schedule J - Current Expenditures of Individual Debtor(s)

[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database.]

\_\_\_\_   Statement of Financial Affairs
\_\_\_\_   Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_   Chapter 11 List of Equity Security Holders
\_\_\_\_   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_x\_\_   Disclosure of Compensation of Attorney for Debtor
\_\_\_\_   Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this data to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:

Date:   September 25, 2023            /s/Nathan Fisher
                                                            Nathan Fisher, #37161
                                                            Counsel for Debtor
                                                            3977 Chain Bridge Rd., #2
                                                            Fairfax, VA   22030
                                                            (703) 691-1642