# CapitalOne Bank

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

GMS SUNSET LLC
1141 ELDEN ST.
224
HERNDON VA  20170

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 01, 2023 - OCTOBER 31, 2023

**Business Basic Checking  00005720597944**                                                              **GMS SUNSET LLC**

| | | | |
|---|---|---|---|
| Previous Balance 09/30/23 | $0.00 | Number of Days in Cycle | 31 |
| 1 Deposits/Credits | $4,000.00 | Minimum Balance This Cycle | $0.00 |
| 1 Checks/Debits | ($3,920.00) | Average Collected Balance | $2,098.06 |
| Service Charges | $0.00 | | |
| Ending Balance 10/31/23 | $80.00 | | |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 01, 2023 - OCTOBER 31, 2023

**Business Basic Checking 00005720597944**                                                              **GMS SUNSET LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/03 | ACH deposit Amphora Bakery, DB034E39A8 100323 GMS Sunset LLC 2310021831411 | $4,000.00 | | $4,000.00 |
| 10/19 | ACH Withdrawal SBA EIDL LOAN PAYMENT 101923 GEORGE CHOLAKIS 0000 | | $3,920.00 | $80.00 |
| Total | | $4,000.00 | $3,920.00 | |

Thank you for banking with us.                                                                                  PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2023 Capital One. All rights reserved.



MEMBER FDIC    EQUAL HOUSING LENDER

## An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.