UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: GMS SUNSET, LLC             :
      Debtor                          :    Case No. 23-11315-KHK
                                      :    Chapter 11
_____    :

### OBJECTION TO PROOF OF CLAIM #3 OF INTERNAL REVENUE SERVICE

The Debtor, GMS SUNSET, LLC, by and through counsel Objects to Proof of Claim (Claim #3) filed by the Internal Revenue Service, herein in the amount of $79,672.13 pursuant to F.R.B.P. 3007 and moves that the Proof of Claim be disallowed upon the following grounds:

1.     GMS SUNSET, LLC is a passthrough entity and should not have independent tax liability. Any tax liability is that of the individual members/ owners of GMS SUNSET, LLC.

WHEREFORE, the Debtor, GMS SUNSET, LLC and requests that Proof of Claim #3 in the amount of $79,672.12 be Disallowed.

_____
**Nathan Fisher**
**Fisher-Sandler, LLC**
**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**(703) 691-1642**
**VSB #37161**

Dated:   April 8, 2024

Respectfully Submitted
GMS Sunset, LLC
Debtor
By Counsel:
<u>/s/ Nathan Fisher</u>
Nathan Fisher
3977 Chain Bridge Rd., #2
Fairfax, VA   22030
(703) 691-1642

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2024, I served the foregoing, via first-class mail, and/or ECF on the following, who are all necessary parties under Local Rule 4001(a)-1(E)(1):

GMS Sunset, LLC
1141 Elden St., Ste. 224
Herndon, VA   20170

Matthew J. Troy
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA   22314

United States Attorney General
950 Pennsylvania Avenue, NW
Washington DC   20530

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA   22314

**ALSO SERVED by Certified Mail, Return Receipt requested were:**

| | |
|---|---|
| **Office of the United States Attorney** | **United States Attorney General** |
| **2100 Jamieson Avenue** | **950 Pennsylvania Avenue, NW** |
| **Alexandria, VA   22314** | **Washington DC   20530** |

                                      **/s/ Nathan Fisher**
                                      **Nathan Fisher**