IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

GMS Sunset LLC,

Debtor.

Case No. 23-11315-KHK

Chapter 11

### ORDER DISMISSING CASE WITH PREJUDICE

This matter came before the court on the motion of the United States Trustee to dismiss or convert this case. For good cause having been shown, and as stated on the record, it is hereby:

ORDERED that the motion of the United States Trustee is hereby **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE** for ninety (90) days from the date of entry of this Order.

ORDERED that a copy of this order be served by the clerk on the parties listed below.

Date: Nov 21 2024

/s/ Klinette H Kindred
Klinette H. Kindred
Bankruptcy Judge

Entered on Docket: Nov 21 2024

[signature on next page]

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

### ***CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)***

I certify that on November 20, 2024, this Proposed Order was served by first class United States mail, postage prepaid to the following:

Nathan Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Road, #2
Fairfax, Virginia 22030

                    */s/ Michael T. Freeman*
                    Michael T. Freeman

Copies To:

Richard Ashford DuBose, III rdubo@gebsmith.com, dfont@gebsmith.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, robert.w.ours@usdoj.gov

Nathan A. Fisher Fbarsad@cs.com, barsad@aol.com

Erik W. Fox efox@reesbroome.com, rhurley@reesbroome.com;Acruz@reesbroome.com

Jack Frankel jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov; Robert.W.Ours@usdoj.gov

Gerard R. Vetter ustpregion04.ax.ecf@usdoj.gov

Parties listed on the mailing matrix for this case